**Order entered July 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00479-CV

### SHARLET O. MITCHELL, ET AL., Appellants

### V.

### NUGGEHALI NEIL SATYU, MD, ZAHOUR AHMED, MD, ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03855-D**

## ORDER

We **GRANT** appellants' July 7, 2014 unopposed motion for extension to file brief and

**ORDER** the brief be filed no later than July 28, 2014. Because this is an accelerated appeal, no

further extensions will be granted absent exigent circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE